38171. BOARD OF COMMISSIONERS OF ROADS AND REVENUES OF TOOMBS COUNTY v. FAIRCLOTH.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED JANUARY 7, 1982.

*B. P. Jackson, Jr.,* for appellant.
*Robert S. Reeves,* for appellee.